FILED
CLERK, U.S. DISTRICT COURT

03/07/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: D. Brown DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff, )<br>　　v. )<br>William Curtis Floyd, III )<br>　　　　　Defendant. ) | Case No.: 5:17-CR-00275-ODW<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

　　(×) information in the Pretrial Services Report and Recommendation

　　(×) information in the violation petition and report(s)

　　( ) the defendant's nonobjection to detention at this time

　　(×) other: __alleged violations, including new arrest and absconding;__
　　　　　__substance abuse; no bail resources__

and/ or

B. (×)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- (×) information in the Pretrial Services Report and Recommendation
- (×) information in the violation petition and report(s)
- ( ) the defendant's nonobjection to detention at this time
- (×) other: <u>alleged violations, including new arrest; substance abuse; prior violations while on supervision</u>

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 3/07/2022

_____
KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE

2